UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ONDREA S. STRONG, individually,
and ONDREA S. STRONG, as Next
Friend for S.S., and KENNEDI N.
LEVERETTE,

    Plaintiffs,

v.

METROPOLITAN LIFE
INSURANCE COMPANY,

    Defendant.

Case No. 2:25-cv-12693-FKB-APP

Hon. F. Kay Behm

Mag. Judge Anthony P. Patti

---

| GIROUX PAPPAS | BODMAN PLC |
|---|---|
| TRIAL ATTORNEYS | Michelle Thurber Czapski (P47267) |
| Christian P. Collis (P54790) | J. Grant Semonin (P86855) |
| Attorney for Plaintiff | Attorneys for Defendant |
| 31700 Middlebelt Road, Suite 125 | 201 W. Big Beaver Road, Suite 500 |
| Farmington Hills, MI 48334 | Troy, MI 48084 |
| (248) 531-8665 | (248) 743-6000 |
| Facsimile: (248) 308-5540 | Facsimile: (248) 743-6002 |
| ccollis@greatMIattorneys.com | mczapski@bodmanlaw.com |
| | gsemonin@bodmanlaw.com |

---

## ORDER FOLLOWING STATUS CONFERENCE

    The parties, having appeared for a status conference with the Court on November 20, 2025, and the Court otherwise being fully advised in the premises:

2

IT IS HEREBY ORDERED:

1.     Plaintiff shall bring a motion regarding whether Plaintiff is required to exhaust administrative remedies and his request for discovery on or before December 19, 2025.

2.     Defendant shall have until January 16, 2026 to respond to Plaintiff's motion and to request dismissal of Plaintiff's Complaint for failure to exhaust administrative remedies.

3.     Plaintiff may file a reply in support of his motion by February 6, 2026.

4.     Defendant will bring a motion to file the Administrative Record under seal and shall produce the Administrative Record to Plaintiff prior to the above deadlines.

Date: November 26, 2025                    s/F. Kay Behm
                                                F. Kay Behm
                                                United States District Judge

**Stipulated to entry:**

| | |
|---|---|
| GIROUX PAPPAS<br>TRIAL ATTORNEYS | BODMAN PLC |
| By:  /s/Christian Collis (w/consent)<br>Christian P. Collis (P54790)<br>31700 Middlebelt Road, Suite 125<br>Farmington Hills, MI 48334<br>(248) 531-8665<br>Facsimile: (248) 308-5540<br>ccollis@greatMIattorneys.com<br>Attorneys for Plaintiff | By: /s/ *Michelle Thurber Czapski*<br>Michelle Thurber Czapski (P47267)<br>J. Grant Semonin (P86855)<br>201 W. Big Beaver Road, Suite 500<br>Troy, MI 48084<br>(248) 743-6000<br>Facsimile: (248) 743-6002<br>mczapski@bodmanlaw.com<br>gsemonin@bodmanlaw.com<br>Attorneys for Defendant |

Dated:  November 25, 2025